J. STERLING DRAKE et al., Respondents, *v.* THE VILLAGE OF PORT RICHMOND, Appellant.

*Drake* v. *Village of Port Richmond,* 1 App. Div. 243, affirmed.
(Submitted November 23, 1898; decided December 13, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

February 27, 1896, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Almet F. Jenks* for appellant.

*Benjamin Estes* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.